UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLBRIN K. MAHAN,<br><br>Plaintiff,<br><br>v.<br><br>MARK EUGENE OTT,<br><br>Defendant. | No.  2:26-cv-00010 SCR P<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff is detained in county jail and proceeding pro se with this civil rights action under 42 U.S.C. § 1983.  Plaintiff filed his complaint on January 5, 2026, alleging unconstitutional actions by the district attorney in his state criminal case.  ECF No. 1.  By order filed February 2, 2026, the Court informed plaintiff that (1) the second page of the in forma pauperis request, which contains the certificate portion that must be completed by plaintiff's institution of incarceration, is missing; and (2) that plaintiff has not filed a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint. ECF No. 4.  Plaintiff was provided a new in forma pauperis application form, granted thirty (30) days to file a completed form in form, and warned that a failure to comply would result in the recommendation that the action be dismissed.  Id.

More than 30 days have passed, and plaintiff has not submitted an application to proceed in forma pauperis.  Plaintiff, however, has filed another document on the docket during that

1

period.  See ECF No. 5 (request for forms and Local Rules).  Plaintiff will be given a final chance to explain why the action should not be dismissed for failure to either pay the filing fee or submit a completed application for leave to proceed in forma pauperis.  Plaintiff's failure to respond to this order will result in a recommendation that the action be dismissed without prejudice.  See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir. 1995) (affirming dismissal for failure to pay partial filing fee under IFP statute); Local Rule 110 (failure to comply with court orders).

Good cause appearing, IT IS HEREBY ORDERED that:

1.    Plaintiff shall show cause, in writing, within twenty-one (21) days of service of this order, why the failure to pay the required filing fees or file an in forma pauperis application should not result in a recommendation that this case be dismissed.  If Plaintiff fails to respond, the court will recommend dismissal of this case for failure to pay the filing fee and failure to comply with the court's order.

2.    The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

DATED: April 21, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE