UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COLBRIN K. MAHAN,

Plaintiff,

v.

MARK EUGENE OTT,

Defendant.

No. 2:26-cv-00010 WBS SCR

ORDER

Plaintiff is incarcerated in county jail and proceeding pro se with a civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 6, 2026, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 7. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 7) are adopted in full;
2. Plaintiff's incomplete in forma pauperis application (ECF No. 2) is DENIED; and

3. The action is dismissed without prejudice for failure to comply with a court order.

Dated: August 11, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

MAHA00010.800