UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLBRIN K. MAHAN,<br>Plaintiff,<br>v.<br>MARK EUGENE OTT,<br>Defendant. | No. 2:26-cv-00010 WBS SCR<br><br>ORDER |

Plaintiff is a county jail detainee and proceeded pro se in this closed civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on January 5, 2026, but filed an incomplete in forma pauperis application. Plaintiff did not comply with the undersigned's orders to file a completed application. See ECF Nos. 4, 6. On August 12, 2026, District Judge Shubb denied Plaintiff's incomplete motion to proceed in forma pauperis and dismissed the action without prejudice for failure to comply with a court order. ECF No. 8.

After the case was closed, Plaintiff filed a COMPLETED motion to proceed in forma pauperis. As this action is closed and there are no pending matters, Plaintiff's motion (ECF No. 10) is DENIED. Plaintiff is advised that he may file a new action. Plaintiff's request for copies

////

////

////

(ECF No. 11) is DENIED as moot in light of the Clerk's provision of copy procedures.

DATED: September 8, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE